IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 3:23-cr-00018-LMM-RGV-5 |
| | : | |
| | : | |
| SEAN CARR, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [553], in which the Magistrate Judge recommends that Defendant Sean Carr's motion to sever, Dkt. No. [417], be denied. No objections have been filed.

Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [553], as its opinion: Defendant Carr's motion to

sever, Dkt. No. [417], is **DENIED**. Should an actual Bruton issue arise, Carr may renew the motion.[1]

**SO ORDERED** this 20th day of August, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

---

[1] See Bruton v. United States, 391 U.S. 123 (1968).